UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22108-JEM

DOUG LONGHINI,

    Plaintiff,

v.

SUNSET REAL ESTATE, INC., and
STRANGE BEAST LLC,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to F.R.C.P. 6(b) and Southern District of Florida Local Rule 7.1(a)(1)(J) and 7.1(a)(3), Defendant, SUNSET REAL ESTATE, INC. ("Defendant"), through counsel, files this unopposed motion for an extension of time to respond to Plaintiff's Complaint [DE 1], and as grounds states as follows:

### Background

1. On or about June 10, 2021, the Plaintiff served its Complaint [DE 1] on Defendant. Defendant's response is due on or before Thursday, July 1, 2021.

2. Plaintiff's Complaint [DE 1] is a claim under the Americans with Disabilities Act ("ADA") against Defendant, the owner of a commercial property in Miami, Miami-Dade County, Florida.

3. Defendant requests a twenty-five (25) day extension of time to respond to the Complaint [DE 1].

Longhini v. Sunset Real Estate, Inc., et. al.
Case No.: 1:21-cv-22108-JEM
Motion for Extension of Time
Page 2

## Good Cause

4. Undersigned counsel has been retained and is in need of additional time to properly investigate the ADA issues, prepare a response to Plaintiff's Complaint [DE 1] and see if the issues can be resolved with the Plaintiff.

5. This Motion is made within the time permitted by the applicable rules of procedure, and no party would be unduly prejudiced by the granting of this Motion.

## Local Rule 7.1(a)(3) Certification

6. Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that he has communicated with counsel for Plaintiff who does <u>not</u> oppose the proposed twenty-five (25) day extension of time.

WHEREFORE, Defendant, SUNSET REAL ESTATE, INC., respectfully requests an extension of time of twenty-five (25) days to respond to Plaintiff's Complaint, and for such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

BY: /s/ Robert T. Slatoff
Robert T. Slatoff, Esq.
Florida Bar No. 816116
Constantina A. Mirabile
Florida Bar No. 90853
Counsel for Defendant

Longhini v. Sunset Real Estate, Inc., et. al.
Case No.: 1:21-cv-22108-JEM
Motion for Extension of Time
Page 3

      FRANK WEINBERG & BLACK, P.L.
      1875 N.W. Corporate Boulevard
      Suite 100
      Boca Raton, FL 33431
      Tel.:   (561) 989-0700
      E-mail: rslatoff@fwblaw.net
      E-mail: camirabile@fwblaw.net
      E-mail: jwright@fwblaw.net

## SERVICE LIST

*DOUG LONGHINI v. SUNSET REAL ESTATE, INC. and STRANGE BEAST LLC*
Case No. 1:21-cv-22108-JEM
United States District Court, Southern District of Florida

| | |
|---|---|
| Anthony J. Perez, Esq.<br>Fla. Bar No.: 535451<br>Beverly Virues<br>Fla. Bar No.: 123713<br>E-Mail: ajperez@lawgmp.com<br>E-Mail: bvirues@lawgmp.com<br>GARCIA-MENOCAL & PEREZ P.L.<br>4937 S.W. 74th Court<br>Miami, Florida 33155<br>Tel: (305) 553-3464<br>Counsel for Plaintiff<br>*Via CM/ECF* | Robert T. Slatoff, Esq.<br>Fla. Bar No. 816116<br>Constantina A. Mirabile<br>Florida Bar No. 90853<br>E-Mail: rslatoff@fwblaw.net<br>E-Mail: camirabile@fwblaw.net<br>FRANK WEINBERG & BLACK, P.L.<br>1875 N.W. Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431<br>Tel.:   (561) 989-0700<br>Counsel for Defendant, Sunset Real Estate, Inc.<br>*Via CM/ECF* |