UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:21-cv-22108-JEM

DOUG LONGHINI,

    Plaintiff,

v.

SUNSET REAL ESTATE, INC., and
STRANGE BEAST LLC,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY E-MAIL ADDRESSES FOR SERVICE

Constantina Alexandrou Mirabile of the law office of Frank Weinberg & Black, P.L., hereby enters an appearance as counsel for SUNSET REAL ESTATE, INC., in the underlying lawsuit, and requests that all future pleadings, discovery and correspondence be directed to the undersigned.  The undersigned, pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), hereby designates the following primary e-mail addresses upon which electronic service in this proceeding must be directed:

        Primary:    camirabile@fwblaw.net

        Secondary:    jwright@fwblaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

Johnson v. M.C. Energy, LLC
Case No.: 0:19-cv-60893-KMW
Notice of Appearance of Counsel
Page 2

                Respectfully Submitted,

BY:   /s/ Robert T. Slatoff
       Robert T. Slatoff, Esq.
       Florida Bar No. 816116
       Constantina A. Mirabile
       Florida Bar No. 90853
       Counsel for Defendant
       FRANK WEINBERG & BLACK, P.L.
       1875 N.W. Corporate Boulevard
       Suite 100
       Boca Raton, FL 33431
       Tel.: (561) 989-0700
       E-mail: rslatoff@fwblaw.net
       E-mail: camirabile@fwblaw.net
       E-mail: jwright@fwblaw.net

## SERVICE LIST

*DOUG LONGHINI v. SUNSET REAL ESTATE, INC. and STRANGE BEAST LLC*
Case No. 1:21-cv-22108-JEM
United States District Court, Southern District of Florida

| | |
|---|---|
| Anthony J. Perez, Esq.<br>Fla. Bar No.: 535451<br>Beverly Virues<br>Fla. Bar No.: 123713<br>E-Mail: ajperez@lawgmp.com<br>E-Mail: bvirues@lawgmp.com<br>GARCIA-MENOCAL & PEREZ P.L.<br>4937 S.W. 74th Court<br>Miami, Florida 33155<br>Tel: (305) 553-3464<br>Counsel for Plaintiff<br>*Via CM/ECF* | Robert T. Slatoff, Esq.<br>Fla. Bar No. 816116<br>Constantina A. Mirabile<br>Florida Bar No. 90853<br>E-Mail: rslatoff@fwblaw.net<br>E-Mail: camirabile@fwblaw.net<br>FRANK WEINBERG & BLACK, P.L.<br>1875 N.W. Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431<br>Tel.: (561) 989-0700<br>Counsel for Defendant, Sunset Real Estate, Inc.<br>*Via CM/ECF* |